

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 22, 2024

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Marquise Rochester*, 15 Cr. 607 (JPC)

Dear Judge Cronan:

      The Government respectfully writes, pursuant to the Court's oral order on February 15, 2024, to provide a status update regarding the violation of supervised release proceeding in the above-captioned matter. The parties jointly request permission to file another status letter by **April 25, 2024**, if necessary. The parties have been engaged in plea discussions regarding both *United States v. Rochester*, 24 Mag. 517, and the February 7 Violation Report in this case. The parties will advise the Court if the defendant intends to enter a plea before April 25.

      Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: Joseph H. Rosenberg
Assistant United States Attorney
(212) 637-2326

The request is granted.

SO ORDERED
Date: March 25, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

Cc:    Lorraine Gauli-Rufo, Esq., Counsel for the Defendant (by ECF)